VINCENT PAKULSKI, by SOPHIA KAZMIERCZAK, His Guardian ad Litem, Respondent, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Pakulski* v. *N. Y. C. & H. R. R. R. Co.*, 168 App. Div. 936, affirmed.

(Argued October 31, 1916; decided November 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered April 30, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant. The accident occurred at Elmwood avenue in the city of Buffalo, N. Y., while the plaintiff was attempting to board a moving passenger train known as the "Gratwick Special," and which was being operated on what is known as the New York Central belt line. The acts of negligence of which the plaintiff complains and as alleged in the complaint are: "That on the said 21st day of June, 1913, while plaintiff was waiting to board said train as a passenger of the defendant, the train came into said station slowing down, and when it had almost come to a stop and was moving slowly, plaintiff, with other passengers, safely boarded the same; while plaintiff was yet upon the steps of the car he had so boarded, the train was so negligently managed that it gave a violent jerk and jar and plaintiff's footing on said steps was taken from him and the weight of his body was entirely put upon his hands on the railings on said car steps, and he was dragged and thrown in such a way that the wheels of said train passed over his left leg."

*H. W. Huntington* for appellant.

*Roscoe R. Mitchell* and *Michael M. Cohn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ.